**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Carlos HERNANDEZ–ARREDONDO, aka Carlos Arredondo–Hernandez, Defendant–Appellant.**

No. 01–50379.
D.C. No. CR–98–02279–K.

United States Court of Appeals, Ninth Circuit.

Submitted March 10, 2003.*

Decided March 14, 2003.

Before CANBY, O'SCANNLAIN, and T.G. NELSON, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

MEMORANDUM **

Carlos Hernandez–Arredondo appeals his concurrent, 240–month sentences imposed for conspiracy to distribute cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 846, and conspiracy to import cocaine, in violation of 21 U.S.C. §§ 952, 960 and 963. Hernandez–Arredondo's attorney has filed a brief and a motion to withdraw as counsel of record pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Hernandez–Arredondo has filed a pro se supplemental brief.[1]

Our review of the *Anders* and pro se briefs and our independent review of the record under *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no issues requiring further review. Accordingly, counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

1. To the extent Hernandez–Arredondo has requested the appointment of new counsel, that request is denied.